UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
23042
LAW OFFICE OF JOHN R. MORTON, JR.
110 MARTER AVE., SUITE 301
MOORESTOWN, NJ 08057
ATTORNEY FOR WELLS FARGO FINANCIAL
ACCETPTANCE

In Re:
JUNE L. STREEPER

Case No.: 06-16689

Adv. No.:

Hearing Date:
Judge:  (GMB)

## CERTIFICATION OF CONSENT
### REGARDING CONSENT ORDER RESOLVING DEBTORS' MOTION TO CRAM DOWN THE CLAIM OF WELLS FARGO FINANCIAL.

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s. _____ on the copy of the consent order submitted to the Court reference signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for the required seven year period;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I acknowledge the signing of same for all purposes including those under Fed. R. Bank.P.9011;

/s/ William E. Craig, Esq.
William E. Craig, Esq.,
Attorney for Wells Fargo Financial Acceptance